## SUTPHEN *v.* CUSHMAN.

(April Term, 1864.)

USING ORIGINAL PAPERS. No rule is necessary to be entered to enable a party to present original papers for the examination of this court—such applications are addressed to the favor of the court.

LEAVE was asked to present to the court, when this cause should come on to be heard, an original certificate which had been used on the trial in the Circuit Court.

Per CURIAM: Such applications are addressed to the favor of the court, therefore no rule is required to be entered to enable the party to accomplish that purpose.